UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JOHNSON CONTROLS, INC., a Wisconsin
Corporation,

      Plaintiff,

                                              Case No. 10-11309

-vs-                                       Hon: AVERN COHN

CANADIAN GENERAL TOWER, a Canadian
Corporation, and TEXTILEATHER, a Deleware
Company,

      Defendants.
_____/


## ORDER GRANTING TEMPORARY RESTRAINING ORDER

**A.**

This is a contract case. Plaintiff is a tier one automotive supplier. Defendants

are tier two automotive suppliers that supply vinyl material to plaintiff. The parties

dispute the price that plaintiff is required to pay for defendants' product. Plaintiff seeks

a temporary restraining order requiring defendants to continue supplying product. For

the reasons stated on the record on April 1, 2010, plaintiff's motion will be granted.

**B.**

Defendants shall supply product to the plaintiffs according to the terms of the

supply agreement between them. Plaintiff shall pay the difference between the price it

says is called for by the supply agreement between the parties and the current price

demanded by defendants into an escrow account designated by the parties until further

order of the Court.  This order expires on April 8, 2010 unless extended by the Court.

SO ORDERED.

           s/Avern Cohn
           AVERN COHN
           UNITED STATES DISTRICT JUDGE


Dated:  April 1, 2010


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 1, 2010, by electronic and/or ordinary mail.

           s/Julie Owens
           Case Manager, (313) 234-5160