UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNSON CONTROLS, INC., a Wisconsin
Corporation,

    Plaintiff,

-vs-

CANADIAN GENERAL TOWER, a Canadian
Corporation, and TEXTILEATHER, a Delaware
Company,

    Defendants.
_____/

Case No. 10-11309
Hon: AVERN COHN

**ORDER DENYING DEFENDANT'S MOTION TO REASSIGN CASE
TO JUDGE ARTHUR TARNOW**

    This is a contract case. Plaintiff filed this action in Oakland County Circuit Court on March 31, 2010. On April 1, 2010 Defendants removed the case to this court. Now before the Court is Defendants' motion to reassign the case to Judge Arthur Tarnow on the basis that this is a companion to Case No. 04-73662.

    When the Court is notified that a newly assigned case may be a companion to a prior case, the judges to whom the cases are assigned must consult and determine whether the case must be reassigned. E.D. Mich. L.R. 83.11(b)(7)(c). After consulting

with Judge Tarnow, the Court finds that this case is not a companion to Case No. 04-73662. Accordingly, Defendants' motion is DENIED.

SO ORDERED.


Dated: April 5, 2010                                     S/Avern Cohn                         
                                                        AVERN COHN
                                                        UNITED STATES DISTRICT JUDGE



I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 5, 2010, by electronic and/or ordinary mail.

                                                         S/Julie Owens                        
                                                        Case Manager, (313) 234-5160